# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2619

_____

United States of America

*Plaintiff - Appellee*

v.

Davontae Leregginald Alexander

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Western

_____

Submitted: February 26, 2025
Filed: March 3, 2025
[Unpublished]

_____

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Davontae Alexander appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense pursuant to a written plea agreement containing

---

[1]The Honorable Daniel M. Traynor, United States District Judge for the District of North Dakota.

an appeal waiver. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

We conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of the validity and applicability of an appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss the appeal.

_____